No. 95–9100. STEWART v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95–9101. CORDOVA-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9102. BENOIT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9105. MAREK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–9106. NOURAIE v. WEST, SECRETARY OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 95–9107. LUCAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–9108. OKPARAOCHA v. TACO BELL CORP. C. A. 6th Cir. Certiorari denied.

No. 95–9109. BURGESS v. BOARD OF TRUSTEES OF THE UNIVERSITY OF NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–9110. KINNELL ET UX. v. CONVENIENT LOAN CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–9111. BOYD v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 95–9114. BRIMAGE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–9115. SANDERS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–9117. SOCKWELL v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–9122. DUNLAP v. HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.